NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDJUAN C. SCOTT,<br><br>            Plaintiff,<br><br>  vs.<br><br>ANTIOCH POLICE DEPT., et al.,<br><br>            Defendants. | No. C 09-00720 JF (PR)<br><br>ORDER OF DISMISSAL<br><br><br><br><br>(Docket No. 3) |

On February 18, 2009, Plaintiff, a pretrial detainee, filed the instant civil rights action. On the same day, the clerk of the Court sent a notification to Plaintiff that he had failed to pay the filing fee or file an application for leave to proceed in forma pauperis. (Docket No. 2.) The notification included the warning that the case would be dismissed if Plaintiff failed to respond within thirty days. The deadline as since passed, and Plaintiff has not paid the filing fee nor filed a completed in forma pauperis application. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee or file a completed in forma pauperis application.

The Clerk shall terminate any pending motions.

IT IS SO ORDERED.

DATED: 5/18/09

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.09\Scott00720_dism-ifpdef.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EDJUAN SCOTT,

          Plaintiff,

  v.

ANTIOCH POLICE DEPT., et al.,

          Defendants.

                                                 /

Case Number: CV09-00720 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edjuan C. Scott CC08AD969
Martinez Detention Facility
901 Court Street
D-Module #27
Martinez, CA 94553

Dated: _____

                                              Richard W. Wieking, Clerk