NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDJUAN C. SCOTT, | ) | No. C 09-00720 JF (PR) |
| Plaintiff, | ) | ORDER DENYING MOTION FOR STAY WITHOUT PREJUDICE |
| vs. | ) | |
| ANTIOCH POLICE DEPT., et al., | ) | |
| Defendants. | ) | (Docket No. 22) |

Plaintiff, a California prisoner currently held at the Martinez Detention Facility, filed in pro se the instant civil rights action pursuant to 42 U.S.C. § 1983. The Court found the complaint, liberally construed, stated cognizable claims and ordered service on Defendants on March 7, 2011.  (Docket No. 15.)  Summonses were issued on March 14, 2011, but the Court has yet to receive confirmation that the summonses have been executed.  Accordingly, Plaintiff's motion for stay, (Docket No. 22), is DENIED with prejudice.  Plaintiff may renew the motion once Defendants have appeared in the action and have been given an opportunity to respond to the motion for stay.

This order terminates Docket No. 22.

IT IS SO ORDERED.

DATED: 4/13/11

JEREMY FOGEL
United States District Judge

Order Denying Motion for Stay
P:\PRO-SE\SJ.JF\CR.09\Scott00720_deny-stay.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EDJUAN SCOTT,

        Plaintiff,

  v.

ANTIOCH POLICE DEPT., et al.,

        Defendants.

Case Number: CV09-00720 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/25/11, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edjuan C. Scott CC08AD969
Martinez Detention Facility
901 Court Street
D-Module #27
Martinez, CA 94553

Dated: 4/25/11

                              Richard W. Wieking, Clerk