IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDJUAN C. SCOTT, | ) | No. C 09-0720 LHK (PR) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | PLAINTIFF'S EXTENSION OF |
| v. | ) | TIME TO RESPOND TO |
| | ) | DISCOVERY; DENYING |
| | ) | DEFENDANTS' MOTION FOR |
| OFFICER JOHN FORTNER, et al., | ) | DISCOVERY; DENYING |
| | ) | DEFENDANTS' MOTION FOR |
| Defendants. | ) | SUMMARY JUDGMENT |
| | ) | WITHOUT PREJUDICE |

Plaintiff, a state prisoner proceeding *pro se*, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983. On September 16, 2011, Defendants filed a motion for discovery, stating that Plaintiff failed to respond to their discovery requests. On October 6, 2011, Plaintiff filed a letter to the Court, requesting that he receive a 90-day extension of time to respond to Defendants' requests for discovery so that he can "avoid having [his] criminal case impeded by the civil case." (Docket No. 36.) On October 31, 2011, Defendants filed a timely motion for summary judgment.

Plaintiff's motion for an extension of time to file a response to discovery requests is GRANTED. Plaintiff shall file responses to Defendants' outstanding requests for discovery no later than **60 days** from the date this order is filed. In light of this extension of time, Defendants' motion for discovery is DENIED without prejudice as premature. Defendants' motion for

Order Granting Plaintiff's Extension of Time to Respond to Discovery; Denying Defendants' Motion for Discovery;
Denying Defendants' Motion for Summary Judgment without Prejudice
P:\pro-se\sj.lhk\cr.09\Scott720misc

1  summary judgment is also DENIED without prejudice to renewal once Defendants receive
2  Plaintiff's discovery responses.
3       Defendants shall file their renewed motion for summary judgment, or other dispositive
4  motion, no later than **120 days** from the date of this order.  Plaintiff shall file his opposition **30**
5  **days** thereafter.  Defendants shall file their reply **15 days** after Plaintiff's opposition is filed.
6       This order terminates docket numbers 34 and 37.
7       IT IS SO ORDERED.
8  DATED: 11/4/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Plaintiff's Extension of Time to Respond to Discovery; Denying Defendants' Motion for Discovery;
Denying Defendants' Motion for Summary Judgment without Prejudice
P:\pro-se\sj.lhk\cr.09\Scott720misc
2