IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDJUAN C. SCOTT, | ) | No. C 09-0720 LHK (PR) |
| Plaintiff, | ) | ORDER DIRECTING PLAINTIFF TO RESPOND |
| v. | ) | |
| OFFICER JOHN FORTNER, et al., | ) | |
| Defendants. | ) | |

Plaintiff, a state prisoner proceeding *pro se*, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983. On November 9, 2011, the Court granted Plaintiff's request for an extension of time to respond to Defendants' discovery requests. Plaintiff's responses were due January 9, 2012. On January 20, 2012, Defendants filed a motion to compel responses to their discovery requests because Plaintiff still had not yet complied.

Plaintiff is directed to file a response to Defendants' motion to compel within **twenty days** of the filing date of this order. Failure to respond may result in sanctions, up to and potentially including dismissal of this action.

IT IS SO ORDERED.

DATED: 1/26/12

LUCY H. KOH
United States District Judge

Order Directing Plaintiff to Respond
P:\pro-se\sj.lhk\cr.09\Scott720misc