**FILED**

JUL 17 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDJUAN C. SCOTT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OFFICER JOHN FORTNER, et al.,<br><br>　　　　Defendants. | No. C 09-0720 LHK (PR)<br><br>JUDGMENT |

The Court has dismissed the instant civil rights action with prejudice. Therefore, judgment is entered in favor of Defendants. The Clerk shall close the file.

IT IS SO ORDERED.
DATED: 7/17/12

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\CR.09\Scott720jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EDJUAN SCOTT,

        Plaintiff,

v.

OFFICER JOHN FORNER et al,

        Defendant.

Case Number: CV09-00720 LHK

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 17, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edjuan C. Scott CC08AD969
Martinez Detention Facility
901 Court Street
D-Module #27
Martinez, CA 94553

Dated: July 17, 2012

        Richard W. Wieking, Clerk
        /s/ By: Elizabeth Garcia, Deputy Clerk